**Order entered November 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00581-CV

### SIMON MENGELE, Appellant

### V.

### UNITED TOWS, LLC AND HENRY MILLER, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06296-A**

## ORDER

Before the Court is appellant's November 7, 2019 second motion to extend time to file his brief on the merits. We **GRANT** the motion and extend the time to December 9, 2019. We caution appellant that further extension requests will be disfavored.

/s/    BILL WHITEHILL
       JUSTICE